UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DWIGHT HARRIS,

            Plaintiff,

  v.

KING COUNTY JAIL, et al.,

           Defendants.

Case No. 2:24-cv-00317-BJR-TLF

ORDER ADOPTING REPORT AND RECOMMENDATION

Having reviewed the Report and Recommendation of the Honorable Theresa L. Fricke, United States Magistrate Judge, any objections or responses, and the remaining record, the Court finds and ORDERS:

(1)    The Court ADOPTS the Report and Recommendation.

(2)    Plaintiff's motions for temporary restraining order (TRO) and for preliminary injunction (Dkt. 7-4) are DENIED without prejudice.

(3)    The Clerk is directed to send copies of this Order to the parties and to Judge Fricke.

Dated this <u>8th</u> day of <u>July</u>, 2024.

_____
BARBARA J. ROTHSTEIN
United States District Judge

ORDER ADOPTING REPORT AND
RECOMMENDATION - 1