UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DWIGHT HARRIS,

               Plaintiff,

   v.

KING COUNTY JAIL, et al.,

               Defendants.

Case No. 2:24-cv-00317-BJR-TLF

ORDER ADOPTING REPORT AND
RECOMMENDATION

     The Court, having reviewed the Report and Recommendation of Judge Theresa L. Fricke, United States Magistrate Judge, objections to the report and recommendation, if any, and the remaining record, does hereby find and ORDER:

(1)    The Court adopts the Report and Recommendation;

(2)    Plaintiff's complaint, and this action, are DISMISSED without prejudice for failure to prosecute.

(3)    Plaintiff's motion to proceed IFP (Dkt. 7) is DENIED.

(4)    The Clerk shall provide a copy of this order to plaintiff and to Judge Fricke.

     Dated this 29th day of July 2024.

Barbara J. Rothstein
United States District Judge